Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414

**ENTER JS-6**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALITTA AIR, L.L.C., | Case No. CV10-869 SVW (JCx) |
| Plaintiff, | Honorable Stephen V. Wilson |
| vs. | |
| AIRCRAFT SERVICE INTERNATIONAL, INC., and DOES 1 to 20, inclusive, | **ORDER DISMISSING ACTION WITH PREJUDICE** |
| Defendants. | Hearing Date: Time: Courtroom: 6 |

1  Upon the Stipulation for Dismissal of Action With Prejudice, and good cause
2  appearing therefor,
3  IT IS ORDERED THAT the above-captioned action, including all claims
4  asserted therein, is dismissed with prejudice.

6  Dated: 4/30/10              _____
7                              STEPHEN V. WILSON
                               United States District Judge

Bryan Cave LLP
3161 Michelson Drive, Suite 1500
Irvine, California 92612-4414

IR01DOCS443252.1

Case No. 10CV869 SVW (JCx)
[PROPOSED] ORDER